UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PAUL ALLAN HIPPLER,

        Plaintiff,        Case No. 1:10-cv-776

v.        Honorable Paul L. Maloney

PATRICIA CARUSO et al.,

        Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.


Dated:   September 7, 2010        /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    Chief United States District Judge